UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NED GUILFORD,

    Petitioner,

v.                                                            Case No. 6:05-cv-1477-Orl-19DAB

STATE OF FLORIDA,

    Respondent.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Petitioner initiated this action for habeas corpus relief pursuant to 28 U.S.C. § 2254 (Doc. No. 1); however, Petitioner previously filed Case No. 6:99-cv-1633-Orl-22KRS, which was dismissed with prejudice on April 7, 2000. Thus, the present habeas petition is a second or successive application. Before Petitioner will be permitted to file a second or successive habeas corpus application in this Court, he must move in the Eleventh Circuit Court of Appeals for an order authorizing the district court to consider the application. *See* 28 U.S.C. § 2244(b)(3)(A). Consequently, this case will be dismissed without prejudice to allow Petitioner the opportunity to seek authorization from the Eleventh Circuit Court of Appeals.

Petitioner should be aware that § 2244(b)(2) limits the circumstances under which the Court of Appeals will authorize the filing of a second or successive habeas corpus petition. Furthermore, 28 U.S.C. § 2244(d) imposes a time limitation on the filing of a

habeas corpus petition.  Petitioner, in seeking relief in the Court of Appeals, should be cognizant of both these provisions.

    Accordingly, it is now **ORDERED AND ADJUDGED**:

1.    This case is hereby **DISMISSED** without prejudice.

2.    *The Clerk of the Court is directed to close this case and to send Petitioner an "Application for Leave to File a Second or Successive Habeas Corpus Petition  28 U.S.C. § 2244(b) By a Prisoner in State Custody" form.*

    **DONE AND ORDERED** at Orlando, Florida, this 7th   day of December, 2005.

*[signature]*
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 12/7
Ned Guilford

2